**WRIGHT v. STATE.**

No. 22073.

Court of Criminal Appeals of Texas.

April 15, 1942.

Ralph Dickson and Rush H. Record, both of Wichita Falls, for appellant.

Spurgeon E. Bell, State's Atty., of Austin, for the State.

**GRAVES, Judge.**

The appellant was convicted of murder with malice, and his punishment assessed at twenty-five years in the penitentiary.

The record is before this court without statement of facts or bills of exceptions, in the absence of which no question has been presented for review. The indictment and all matters of procedure appear regular.

The judgment of the trial court is affirmed.

**HOLMAN v. STATE.**

No. 22069.

Court of Criminal Appeals of Texas.

April 15, 1942.

Dennis Reynolds, of Wheeler, for appellant.

Spurgeon E. Bell, State's Atty., of Austin, for the State.

**GRAVES, Judge.**

It was charged by information that appellant while intoxicated drove a motor vehicle upon a public highway. He was convicted by the jury, and his punishment assessed at ten days imprisonment in the county jail.

The record contains neither statement of facts nor bills of exceptions. In such condition nothing is presented for review.

The judgment is affirmed.